UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------- x
                                                         :
RAMON A. PENA-HERRERA,                                   :
                                                         :
                    Plaintiff,                           :     **ECF CASE**
                                                         :
           v.                                            :
                                                         :     08 Civ. 2169 (DAB)
MICHAEL CHERTOFF, et al.,                                :
                                                         :
                    Defendants.                          :     NOTICE OF APPEARANCE
-------------------------------------------------------- x

TO:    Clerk of Court
       United States District Court
       Southern District of New York

       The undersigned attorney respectfully requests the Clerk to note his appearance in this case

and to add him as a Filing User to whom Notices of Electronic Filing will be transmitted in this case.

Date:  New York, New York
       March 11, 2008

                                      Respectfully submitted,

                                      MICHAEL J. GARCIA
                                      United States Attorney for the
                                      Southern District of New York

                          By:    /s/ _____
                                      SHANE P. CARGO
                                      Assistant United States Attorney
                                      86 Chambers Street, 3rd Floor
                                      New York, New York 10007
                                      Telephone: (212) 637-2711
                                      Facsimile: (212) 637-2786
                                      Email: shane.cargo@usdoj.gov

TO:    Kevin W. Jones, Esq.
       225 Broadway, Suite 1901
       New York, NY 10007