```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 4/15/2008
```

ORIGINAL

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

RAMON A. PENA-HERRERA,

    Petitioner,

- against -

MICHAEL CHERTOFF et al.,

    Respondents.

Dkt. No. 08 Civ 2169 (DAB)

**STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE**

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned counsel for the parties, that the above-captioned action is dismissed with prejudice and without costs or attorney's fees to any party.

New York, New York
April ___, 2008

JONES, CASADO LLP
Attorney for Petitioner

_____
Kevin William Jones, Esq.
225 Broadway, Suite 1901
New York, New York 10007
Tel. (212) 334-4577
Fax: (212) 766-2298

New York, New York
April 10, 2008

MICHAEL J. GARCIA
United States Attorney for the
Southern District of New York
Attorney for Respondents

_____
Shane Cargo, Esq.
Assistant United States Attorney
86 Chambers Street, 3rd Floor
New York, New York 10007
Tel. (212) 637-2711
Fax: (212) 637-2786

SO ORDERED:

_____
Hon. Deborah A. Batts  4/15/08
United States District Judge

— Page 1 of 1 —   A46-044-978